**[Dapndf]** [District AP Notice of Deficient Filing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 8:24−bk−00676−RCT

Chapter 11

The Center for Special Needs Trust Administration, Inc.

_____Debtor\*_____/

Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor,
The Center for Special Needs Trust Administration, Inc.

Plaintiff\*

vs.                                                                                             Adv. Pro. No. 8:24−ap−00343−RCT

Fiduciary Tax & Accounting Services, LLC

_____Defendant\*_____/

### *NOTICE OF DEFICIENT FILING*

On November 18, 2024 a /an Answer was filed by Defendant Fiduciary Tax & Accounting Services, LLC (Doc. # 4 ). After review, the Clerk noted the deficiencies indicated below. The deficiencies must be cured within fourteen days of the date of this notice.

☐ The does not contain an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 1001−2.

☑ A Corporate Ownership Statement required by Fed. R. Bank. P. 7007.1 was not filed by Defendant Fiduciary Tax & Accounting Services, LLC .

☐ The was filed by a non−individual without legal counsel admitted to practice in the Middle District of Florida. Pursuant to Federal Rules of Bankruptcy Procedure 9010(a), a non−individual cannot appear in these proceedings except through counsel duly authorized to practice before this Court. *See Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381 (11th Cir. 1985). Failure to retain the services of counsel authorized to practice in the Middle District of Florida will result in the filed paper being stricken.

☐ The filing fee required by 28 U.S.C. § 1930 in the amount of  has not been paid. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below

☐ The caption of the is incorrect pursuant to Part VII of the Federal Rules of Bankruptcy Procedure.

DATED November 19, 2024    Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.