ORDERED.

Dated:  January 09, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:
The Center for Special Needs Trust Administration,
    Debtor.
_____

Case No. 8:24-bk-00676-RCT

Chapter 11

Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc.
    Plaintiff,
v.

Adv. Pro. 8:24-ap-00343-RCT

Fiduciary Tax & Accounting Services, LLC,
    Defendant.
_____/

## ORDER SCHEDULING TRIAL AND ESTABLISHING DEADLINES

A pretrial conference in this proceeding was held on **January 9, 2025**.  This Order sets the trial and establishes the deadlines that will govern matters moving forward.

It is therefore **ORDERED:**

1.    **Trial.**  Trial in this proceeding is scheduled for **July 10, 2025**, to begin at **9:30 a.m.** in Courtroom **8A**, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida.  The trial will be in person, and the Court has reserved **one day** for trial.

2.    **Witnesses**.  The parties shall exchange names and addresses of witnesses within

fourteen days after the entry of this Order. The parties are not precluded, however, from supplementing their witness lists as dictated by ongoing discovery.

3. **Discovery**. Pursuant to Federal Rule of Bankruptcy Procedure 9014(c), the Court directs that Federal Rule of Civil Procedure 26(a)(2) applies. The parties shall complete discovery by no later than **April 11, 2025**, except that the parties may complete previously scheduled depositions up to the trial date.

4. **Experts & Expert Reports**. Experts must be identified and disclosed by **February 3, 2025.** Expert reports required by Fed. R. Civ. P. 26(a)(2) are to be completed and disclosed by **February 28, 2025.** Rebuttal export reports must be completed and disclosed by **March 21, 2025.**

5. *Daubert* **Motions**. *Daubert* motions shall be filed no later than **April 18, 2025**. Responsive papers shall be filed within 14 days after the filing of the motion. Replies are not permitted.

6. **Discovery Disputes.** In the event of a discovery dispute, the parties shall first meet and confer in good faith to resolve the matter. This means that the parties must strictly comply with the guidelines set forth on Judge Colton's page on the Court's website: www.flmb.uscourts.gov/judges/colton/documents/MeetandConferGuidlines.pdf.

7. **Summary Judgment**. Motions for summary judgment shall be filed no later than **May 1, 2025**. Responses must be filed within 21 days after the filing of the motion, and replies must be filed within 7 days after the response is filed. Once briefing is completed, the Court will take the matter under advisement and may set oral argument in its discretion. The Court reserves the right to cancel or postpone trial as is necessary to dispose of motions for summary judgment.

8. **Exhibits.** The parties shall prepare exhibits in compliance with Local Rule

9070-1 and shall exchange and file exhibits no later than **July 3, 2025**. Objections to the admission of any exhibit on the ground that the exhibit (a) lacks authentication or (b) does not qualify as an exception to the hearsay rule as a record of a regularly conducted activity under Federal Rule of Evidence 803(6) must be filed in writing no later than **12:00 p.m. on July 8, 2025**, or they shall be deemed waived.

        9.      **Joint Stipulation of Undisputed Facts.** The parties shall meet in person or by Zoom to prepare and file a joint stipulation of undisputed facts and stipulated exhibits no later than **July 3, 2025**.

The Clerk's office is directed to serve a copy of this Order on interested parties.