

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/09/2025 09:30 AM

COURTROOM 8A

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | **Chapter 11** | **10/07/2024** |
| **ADVERSARY:**  8:24-ap-00343-RCT | | **Pltf Atty:** Steven R Wirth |
| | | **Dft Atty:** Edward J. Peterson |

**DEBTOR:**       The Center for Special Needs Trust Administration,

**HEARING:**

Goldberg, as Chapter 11 Trustee of the estate of D v. Fiduciary Tax & Accounting Services, LLC

Pretrial/Status Conference
Complaint (Doc #1)
Answer (Doc #4)

**APPEARANCES:**: Steven Wirth; Edward Peterson

**WITNESSES:**

**EVIDENCE:**

**RULING:** Pretrial/Status Conference -   TRIAL 7/10/25 @ 9:30 AM (1 DAY RESERVED); COURT TO PREPARE SCHEDULING ORDER    Complaint (Doc #1) Answer (Doc #4)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.