## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. | Adversary No. 8:24-ap-343-RCT |
| Plaintiff, | |
| v. | |
| FIDUCIARY TAX & ACCOUNTING SERVICES, LLC, a Florida limited liability company, | |
| Defendant. | |

### PLAINTIFF'S WITNESS LIST

Plaintiff, Michael Goldberg, as Chapter 11 Trustee ("Chapter 11 Trustee") of the estate of The Center for Special Needs Trust Administration, Inc. (the "Debtor"), by and through undersigned counsel, hereby submits the following as his witness list for the trial in this adversary proceeding scheduled for July 10, 2025, at 9:30 a.m.:

### WITNESSES

The Chapter 11 Trustee may call the following witnesses:

1. John Witeck
   c/o Edward J. Peterson, Esq.
   400 N. Ashley Drive, Suite 3100
   Tampa, FL 33602

79687330;1

2. Chapter 11 Trustee
   c/o Steven R. Wirth, Esq.
   Akerman LLP
   401 E. Jackson Street, Suite 1700
   Tampa, FL 33602

3. Kevin McCoy
   KapilaMukamal
   1000 South Federal Highway, Suite 200
   Fort Lauderdale, FL 33316

4. Any lay witnesses listed or called by the Defendant.

5. Any expert witnesses listed or called by the Defendant.

6. Any witnesses necessary to authenticate any exhibits listed in the Chapter 11 Trustee's Exhibit List, including, but not limited to, the respective records custodians for said exhibits.

7. All witnesses necessary for rebuttal.

The Chapter 11 Trustee reserves the right to supplement and amend this witness list.

Dated: January 23, 2025         AKERMAN LLP

By: */s/ Steven R. Wirth*
    Steven R. Wirth
    Florida Bar No.: 170380
    Email: steven.wirth@akerman.com
    Raye C. Elliott
    Florida Bar No.: 18732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, Florida 33602
    Telephone: (813) 223-7333
    Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 23, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

                                                */s/ Steven R. Wirth*
                                                Attorney