## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                          Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                     Chapter 11

      Debtor.

———————————————————————

MICHAEL GOLDBERG, as Chapter 11 Trustee        Adversary No. 8:24-ap-00343-RCT
of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc.

      Plaintiff,

v.

FIDUCIARY TAX & ACCOUNTING
SERVICES, LLC,
a Florida limited liability company,

      Defendant.

———————————————————————

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Michael Goldberg, as Chapter 11 Trustee ("Chapter 11 Trustee" or the "Plaintiff")

of the estate of The Center for Special Needs Trust Administration, Inc. (the "Debtor"),

moves pursuant to Fed. R. Civ. P. 56, as incorporated by Fed. R. Bankr. P. 7056, for

summary judgment against Fiduciary Tax & Accounting ("Defendant"). on Counts I and

II of the Complaint.

### INTRODUCTION

The Chapter 11 Trustee seeks to recover unauthorized post-petition transfers of in

the net principal amount of $117,200 (collectively, the "Transfers") made by the Debtor

to Defendant post-petition and without the authorization of either this Court or the Chapter 11 Trustee.  The transfers are therefore avoidable under 11 U.S.C. § 549(a) in that (i) the funds transferred constituted property of the estate, and (ii) neither the Debtor, Chapter 11 Trustee, nor the Defendant obtained the requisite authority from this Court to either employ the Defendant or to approve the Transfers.  The  Transfers are therefore recoverable for the benefit of the estate under 11 U.S.C. § 550(a).

The undisputed facts set forth herein are derived from the record before the Court and, including the docket in the Main Case and Defendant's Answer and Affirmative Defenses, in which the Defendant admits it received the Transfers and Defendant failed to obtain court approval of either the Transfers or their employment.

## STATEMENT OF UNDISPUTED FACTS

1.      On February 9, 2024 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "Bankruptcy Court").

2.      On March 8, 2024, the U.S. Trustee filed an Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee by Agreement of the Debtor (Doc. 88). The Court granted the U.S. Trustee's Motion by Order dated March 11, 2024 (Doc. 93).

3.      On March 21, 2024, the Court entered its Order Approving Appointment of Chapter 11 Trustee, appointing Michael Goldberg as Chapter 11 Trustee (Doc. 109).

4.      On October 7, 2024 the Chapter 11 Trustee filed the Complaint against the Defendant seeking return and/or payment of the Transfers as unauthorized post-petition

2

transfers pursuant to Sections 549 and 550 of the Bankruptcy Code (Adv No. 1) (the "Complaint").

5.      On November 18, 2024 the Defendant filed its Answer and Affirmative Defenses to the Complaint (Adv. No. 4) (the "Answer").

6.      The Defendant admits in the Answer the requisite factual elements required to seek to undo the Transfers, as unauthorized post-petition transfers, pursuant to Sections 549 and 550 of the Bankruptcy Code.

7.      Defendant, in paragraph 16 of the Answer, admits that the Transfers were made on the dates alleged in the Complaint. It is therefore undisputed that the Transfers took place as alleged in the Complaint on the following dates and amounts:

> March 7, 2024 – $71,350.00
> March 22, 2024 – $43,500.00
> April 9, 2024 – $2,350.00

8.      Defendant, in paragraph 24 of the Answer, admits "that the transfers were not made with Court authority." A review of the Main Case docket in this case further evidences that no Court authority for the Transfers was sought or given by any party in interest.

9.      The Defendant's affirmative defense in its Answer that no Court authority was necessary for the Transfers has no basis in fact or law. Section 327 of the Bankruptcy Code requires Court approval for the employment of estate professionals in all bankruptcy cases, including the Defendant.  Section 328 of the Bankruptcy Code requires Court approval of compensation terms for estate professionals, which the Defendant is not, since no Court approval was sought for the Defendant to be retained as an estate professional. Section 330 of the Bankruptcy Code requires estate professionals to file,

with notice to parties in interest, fee applications which then further require the Court to analyze them for reasonableness before approval. No such application was ever filed by the Defendant and no Court approval for the Transfers was given.

### DISCUSSION

### I.    The Standard for Summary Judgment

10.    Federal Rule of Bankruptcy Procedure 7056 provides that summary judgment shall be granted if the record of the case shows "that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law."  The Supreme Court affirmed the vitality of summary judgment as a method for the just, speedy and inexpensive disposition of cases.  *See Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 106 S. Ct. 2505, 91 L. Ed. 2d 202 (1986); *Celotex Corp. v. Catrett*, 477 U.S. 317, 106 S. Ct. 2548, 91 L. Ed. 2d 265 (1986); *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.,* 475 U.S. 574, 106 S. Ct. 1348, 89 L. Ed. 2d 538 (1986).

11.    Where the movant carries his or her burden under Rule 7056, summary judgment is appropriate in cases involving avoidance of post-petition transfers under 11 U.S.C. § 549.  *See In re Countryside Manor, Inc*., 239 B.R. 443 (Bankr. D. Conn. 1999). Indeed, in *In re Countryside Manor, Inc.,* the court granted summary judgment on the trustee's claim that unauthorized transfers of cash collateral were avoidable under Section 549(a) and recoverable under Section 550(a) of the Bankruptcy Code, practically the same issue before this Court.

12.    Once the moving party identifies those portions of the record that demonstrate the absence of a genuine issue of material fact, any party opposing summary judgment must set forth specific facts showing a genuine issue for trial, and may not rely

4

on mere allegations or denials. *See Celotex,* 477 U.S. at 324; *Anderson,* 477 U.S. at 256-57; *Martin v. Commercial Union Ins. Co.,* 935 F.2d 235, 238 (11 Cir. 1991).  If the record as a whole could not lead a rational finder of fact to find for the non-moving party, then there is no genuine issue of fact precluding summary judgment. *See Matsushita Elec. Indus. Co.*, 475 U.S. at 586-87. Where the factual context renders the non-moving party's position implausible, it must come up with more persuasive evidence than would otherwise be necessary to defeat summary judgment. *Id.* at 587.

13.     Applying these principles to the instant case, this Court should enter summary judgment in favor of the Chapter 11 Trustee. The facts are undisputed and straight forward: The Debtor made unauthorized post-petition transfers of estate property to the Defendant, as initial transferee of the funds without (i) Court authority to retain the Defendant as an estate professional, (ii) Court approval of compensation terms, and (iii) without Court approval of a fee application.  The Transfers should be avoided and judgment should be entered against Defendant for $117,200, the net principal amount of the Transfers, together with prejudgment interest and costs.

## II.     The Transfers are Avoidable Under 11 U.S.C. § 549(a)

14.     A Trustee may avoid a transfer of property of the estate that occurs after the commencement of the case where the transfer is neither authorized by the Bankruptcy Code or the Bankruptcy Court. *See* 11 U.S.C. § 549(a); *In re Delco Oil, Inc.*, 599 F.3d 1255, 1262 (11th Cir. 2010).  "The purpose of section 549 is to allow the trustee to avoid specified postpetition transfers, whether or not they deplete the estate…." 5 Collier on Bankruptcy ¶ 549.02 (16th ed. 2024) *citing Aalfs v. Wirum (In re Straightline Investments, Inc.)*, 525 F.3d 870, 879 (9th Cir. 2008) and  *Rushton v. Bank of Utah (In re C.W. Mining*

*Co.)*, 477 B.R. 176 (B.A.P. 10th Cir. 2012).  Section 549 ensures that postpetition dispositions of estate property complies with the Bankruptcy Code by rendering noncompliant transfers invalid and unenforceable.  Section 549 serves as a powerful tool to assist a trustee in upholding the all-important duty of orderly and efficient liquidation ... with very limited exceptions." *In re Shelton*, 331 B.R. 700, 702 (Bankr. W.D.Ky. 2005).

15.    A trustee's *prima facie* case under Section 549 consists of demonstrating the following three elements: (i) the occurrence of an unauthorized transfer; (ii) that the property transferred was property of the estate; and (iii) the transfer occurred postpetition. *See Delco Oil, Inc.*, 599 F.3d at 1262; *see also In  re Allen*, 217 B.R. 952, 955 (Bankr. M.D. Fla. 1998) (Proctor, J.).  Upon the trustee's establishment of the requisite elements, the burden of proof shifts to the transferee to show that the transfer was authorized by the Bankruptcy Code or Bankruptcy Court. *See* Fed. R. Bankr. P. 6001 (Entity asserting the validity of a transfer under § 549 of the Code shall have the burden of proof"); *Delco Oil, Inc.*, 599 F.3d at 1259.

16.    Specifically, Courts have found that fees and expenses that were received by accountants for Chapter 11 debtors for postpetition services without court approval were subject to recovery as unauthorized postpetition transfers under Section 549(a). *See e.g.  In re Talsma*, 2012 WL 1072824 (Bankr. N.D. Tex. 2012).

### A.  The Chapter 11 Trustee Has Demonstrated a Prima Facie Case to Avoid the Transfers

17.    The elements of Section 549(a) are easily satisfied by the Chapter 11 Trustee.  First, all funds used for the Transfers were property of the Bankruptcy Estate and constituted property of the Debtor.  Second, the Transfers were all made postpetition.

6

And finally, neither the Debtor, Chapter 11 Trustee, nor the Defendant sought or obtained Bankruptcy Court approval for the Defendant's retention, compensation terms, or filed the requite fee application under Section 330 and Rule 2016(c) of the Federal Rules of Bankruptcy Procedure. The Defendant admits to all the factual elements for the Chapter 11 Trustee to establish a cause of action under sections 549 and 550 as per Counts I and II of the Complaint.

### III.     Unauthorized Postpetition Transfers Are Avoidable Under Section 549(a) of the Bankruptcy Code

18.     Courts uniformly hold that unauthorized transfers of cash collateral are recoverable under Section 549(a) of the Bankruptcy Code.  The seminal case on this issue is the Eleventh Circuit's decision in *In re Delco Oil, Inc.*, 599 F.3d 1255 (11th Cir. 2010). In *Delco*, the secured creditor objected to the debtor's use of its cash collateral  and the Court denied the debtor's request to use its cash collateral.  *Id.* at 1257.  Nevertheless, the debtor distributed over $1.9 million to a vendor in exchange for petroleum products. Both the District Court and the Eleventh Circuit Court of Appeals affirmed the bankruptcy court's grant of summary judgment in favor of the trustee with the Eleventh Circuit finding that "no genuine issue of fact exists as to whether the disputed payments constituted unauthorized transfers of cash collateral" avoidable under Section 549 of the Bankruptcy Code.  *Id.* 1257, 1263.

19.     Similarly in *In re Talsma* the court avoided a postpetition transfer to an accountant that actually performed post-services to the estate, finding that, "even an innocent failure to comply with applicable law [section 330 and Rule 2016(c)] can result in the forfeiture of compensation." *In re Talsma*, 468 B.R. 809, 816 (Bankr. N.D. Tex. 2012) (citations omitted). The Court went further and determined, even if innocent, that

the accountant seeking to get paid for post-petition services rendered without Court authority, amounted to a violation of the automatic stay. *Id.* ("the transmission of invoices by BMY to Debtors arguably constituted an 'act to obtain possession of property of [Debtors'] estate,' and so was a violation of the automatic stay of Code § 362(a)(3). Certainly, the payments to BMY were 'not authorized under [the Code] or by the court' and so remained subject to recovery pursuant to Code § 549(a)").

20.     The intent of the parties does not matter for purposes of Section 549. The Eleventh Circuit left no doubt, that the "status" of the transferee is not at issue, rather the sole issue is whether the defendant received the transfer without the court's or secured creditor's permission.  *Id.* citing *In re Countryside Manor, Inc.*, 239 B.R. 443, 447 (Bankr. D. Conn. 1999) (Explaining that the circumstances that the defendant received the post-petition transfers, in good faith and without knowledge of the voidability of the transfers, do not provide a defense under Section 549(a) and 550(a) because the defendant as the initial transferee received it without the court's permission).   The Bankruptcy Court for the Middle District of Florida is in accord, noting that avoidance actions under Section 549 are available to pursue "even innocent transferees of unauthorized transfers of estate property."  *In re Young*, 439 B.R. 211, 216 (Bankr. M.D. Fla. 2010) (Williamson, J.).

21.     Congress did not provide for any good faith defense to avoidance of an unauthorized post-petition transfer of personal property under Section 549. *See In re Cybridge Corp.,* 304 B.R. 681, 687-88 (Bankr. D.N.J. 2004).  "Since Congress chose to protect only good faith transferees of real property under § 549(c) and failed to mention good faith transferees of personal property, it must have intended that post-petition

8

transfers of personal property be avoidable regardless of the knowledge or good faith of the transferee." *Id*. at 688.

22.     As shown above, the Debtor's payment of the Transfers to the Defendant was wholly unauthorized.  Thus, the Transfers are avoidable under Section 549 of the Bankruptcy Code.

## IV.     The Transfers Are Recoverable for the Benefit of the Bankruptcy Estate Under 11 U.S.C. Section 550(a)

23.     Section 550 of the Bankruptcy Code provides the mechanism for the Chapter 11 Trustee to recover the avoided Transfers for the benefit of the Bankruptcy Estate.   Pursuant to Section 550(a)(1), to the extent a transfer is avoided under Section 549, the Chapter 11 Trustee may recover the transferred property from the Defendant as the initial transferee of the Transfers.  *See Delco Oil, Inc.*, 599 F.3d at 1263.

## V.     The Defendant's Affirmative Defenses Fail as a Matter of Law

24.     The Defendants pled four affirmative defenses in the Answer, *to wit*, i) failure to state a cause of action based generally on the Bankruptcy Code authorizing the Transfers (without indicating what that authority is); (ii) other parties made the transfers (notwithstanding that the Defendant admits to receiving the Transfers from the Debtor in the Answer); (iii) Plaintiff's failure to mitigate damages, and (iv) failure to perform all conditions precedent to bring this action. As shown below, these defenses raise no genuine issue of material fact and are insufficient as a matter of law to defeat the Chapter 11 Trustee's claim.

25.     The Defendant's First Affirmative Defense falls apart upon a cursory review of the Bankruptcy Code, in particular sections 327, 328, and 330 which require applications and notice in order for professionals to be retained and compensated by a

Debtor during a bankruptcy case. It is undisputed, as admitted by the Defendant, that no such permission was ever sought or obtained.

26.    Defendant's Second Affirmative Defense is equally unpersuasive as the Defendant admits receiving the transfers from the Debtor in paragraph 16 of the Answer. Further, to the extent necessary, attached as **Composite Exhibit A** are the bank documents evidencing that the Transfers went from the Debtor to the Defendant.

27.    The Third and Fourth Affirmative Defenses are just stock affirmative defenses that are not applicable to this case nor does the Defendant spend the time to elaborate on exactly how the Chapter 11 Trustee failed to mitigate or what conditions precedent to the relief sought herein remain outstanding.

## CONCLUSION

For the foregoing reasons, the Chapter 11 Trustee respectfully submits that there are no genuine issue of disputed fact, and that he is entitled to judgment as a matter of law on her Complaint for recovery of post-petition Transfers from the Defendant under 11 U.S.C. §§ 549(a) and 550(a)(1) plus costs and pre-judgment interest from the date of the filing of the Complaint. Accordingly, the Chapter 11 Trustee requests that the Court grant this motion for summary judgment, and enter judgment against the Defendant for $117,200, plus costs, and pre-judgment interest to be calculated in accordance with 28 U. S .C. § 1961.[1]

---

[1] See, *e.g., In re LWD, Inc.,* 332 B.R. 543, 556 (Bankr. W.D. Ky. 2005), aff'd, 340 B.R. 363 (W.D. Ky. 2006) where the court awarded prejudgment interest on an avoidable §549 transfer, to be computed from the date of the transfer until the date of judgment, at the rate prescribed by 28 U.S.C. §1961.

Dated: February 6, 2025.

By: */s/ Steven R. Wirth*
    Steven R. Wirth
    Florida Bar No.: 170380
    Email: steven.wirth@akerman.com
    Raye C. Elliott
    Florida Bar No.: 18732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, Florida 33602
    Telephone: (813) 223-7333
    Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on February 6, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

                                               */s/ Steven R. Wirth*
                                              Attorney

11

# Composite Exhibit A



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

Date   3/29/24          Page     1
Primary Account    Acct Ending 1640
Enclosures                           17

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

American Momentum Bank will never ask you for your online banking password or
secure access code. We'll also never ask you to transfer money to yourself as a way
to resolve fraud. Questions? Contact Customer Care at (866) 530-2265.

## CHECKING ACCOUNTS

Account Title          The Center for Special Needs Trust

| Full Analysis CML Checking | | Number of Enclosures | 17 |
|---|---|---|---|
| Account Number | Acct Ending 1640 | Statement Dates  3/01/24 thru  3/31/24 | |
| Previous Balancing | 3,143,620.35 | Number of Days in this Statement | 31 |
| 4 Deposits | 34,043.47 | Average Ledger | 2,971,441.39 |
| 34 Checks/Debits | 386,877.60 | Average Collected | 2,970,399.92 |
| Service Charges | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 2,790,786.22 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/13 | Remote Deposit | 2,030.46 |
| 3/26 | Remote Deposit | 2,030.46 |
| 3/26 | Remote Deposit | 28,899.66 |
| 3/29 | Interest Transfer Credit | 1,082.89 |
| | Acct No.  Acct Ending 1404-D | |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 3/01 | Bill.com  Puzzle HR | 4,585.00- |
| | CCD | |
| | 016SWRFGP39FE4A | |
| 3/01 | WEB PMTS   Hallmark Develop | 7,406.55- |
| | CCD | |



# AMERICAN MOMENTUM BANK
4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

Date  3/29/24        Page    2
Primary Account  Acct Ending 1640
Enclosures                    17

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking        Acct Ending 1640  (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | FG2JJ9 | |
| 3/04 | PURCHASE    ClientsFirstBusi<br>CCD<br>113539488 | 2,130.00- |
| 3/05 | PAYMENT     AMTRUST NA<br>CCD<br>37569691 | 92.76- |
| 3/05 | ACH PULLS  MID ATLANTIC TR<br>CCD<br>CENTSPND | 2,739.77- |
| 3/07 | Wire Transfer Debit<br>Fiduciary Tax    Acctg Svcs LLC<br>121000248<br>████8458<br>737 Main Street<br>Safety Harbor, FL 34695<br>WELLS FARGO BANK,<br>1137 W 68TH ST<br>HIALEAH, FL 33014<br>INV# 1139 PD IN FULL<br>20240307MMQFMPBS000002<br>20240307I1B7031R006734<br>03070921FT01 | 71,350.00- |
| 3/12 | Wire Transfer Debit<br>Paylocity Tax<br>211871691<br>████8244<br>1400 American Lane<br>Schaumburg, IL 60173 | 13,494.58- |



**AMERICAN MOMENTUM BANK**
4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

| |
|---|
| *Customer Security Awareness* |

```
                                     Date  3/29/24        Page    3
                                     Primary Account  Acct Ending 1640
                                     Enclosures                    17

        The Center for Special Needs Trust
        P O Box 17296
        Clearwater FL 33762
```

```
        Full Analysis CML Checking      Acct Ending 1640  (Continued)
```

### DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | BERKSHIRE BANK | |
| | 99 North St | |
| | Pittsfield, MA 01201 | |
| | CSNT 181935 03/15/24 Payroll | |
| | 20240312MMQFMPBS000004 | |
| | 20240312MMQFMPXE000052 | |
| | 03120915FT01 | |
| 3/12 | Wire Transfer Debit | 41,865.38- |
| | Paylocity Payroll | |
| | 042000314 | |
| | ▇▇▇▇1106 | |
| | 1400 American Lane | |
| | Schaumburg, IL 60173 | |
| | FIFTH THIRD BANK, | |
| | 38 Fountain Sq Plz | |
| | Cincinnati, OH 45263-0001 | |
| | CSNT 181935 03/15/24 Payroll | |
| | 20240312MMQFMPBS000001 | |
| | 20240312D2B74A1C000669 | |
| | 03120902FT01 | |
| 3/12 | EDI PAYMTS UNITED HEALTHCAR | 28,889.09- |
| | CTX | |
| | ISA*00*        *00* | |
| | *ZZ*1411289245      *ZZ*BNYMEL | |
| | LON      *240308*1234*U*00401* | |
| 3/19 | PAYMENT    AMTRUST NA | 92.83- |
| | CCD | |
| | 37646821 | |
| 3/19 | ACH PULLS   MID ATLANTIC TR | 2,749.99- |
| | CCD | |



**AMERICAN MOMENTUM BANK**
4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                              Date  3/29/24        Page    4
                              Primary Account  Acct Ending 1640
                              Enclosures                   17

        The Center for Special Needs Trust
        P O Box 17296
        Clearwater FL 33762
```

Full Analysis CML Checking        Acct Ending 1640  (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | CENTSPND | |
| 3/20 | BILLING    181935 CENTER FO | 668.00- |
| | CCD | |
| | 181935 | |
| 3/20 | ONLINE PMT 1ST BANKCARD CTR | 10,788.78- |
| | CCD | |
| | CC0008969616 | |
| 3/22 | Wire Transfer Debit | 29,986.01- |
| | Nperspective Advisory Services | |
| | 042000314 | |
| | ▆▆▆▆▆5719 | |
| | 941 W. Morse BLVD | |
| | Suite 100 | |
| | Winter Park, FL 32789 | |
| | FIFTH THIRD BANK, | |
| | 38 Fountain Sq Plz | |
| | Cincinnati, OH 45263-0001 | |
| | INV 796 - PAID IN FULL | |
| | 20240322MMQFMPBS000035 | |
| | 20240322D2B74A1C003221 | |
| | 03221316FTO1 | |
| 3/22 | Wire Transfer Debit | 43,500.00- |
| | Fiduciary Tax   Acctg Svcs LLC | |
| | 121000248 | |
| | ▆▆▆▆▆8458 | |
| | 737 Main Street | |
| | Safety Harbor, FL 34695 | |
| | WELLS FARGO BANK, | |
| | 1137 W 68TH ST | |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                    Date  3/29/24        Page     5
                                    Primary Account  Acct Ending 1640
                                    Enclosures                     17

        The Center for Special Needs Trust
        P O Box 17296
        Clearwater FL 33762
```

Full Analysis CML Checking        Acct Ending 1640  (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | HIALEAH, FL 33014 | |
|      | Inv# 1138  1 of 2 Wires - PAID | |
|      | ULL | |
|      | 20240322MMQFMPBS000091 | |
|      | 20240322I1B7032R020729 | |
|      | 03221601FT01 | |
| 3/25 | INSUR CLM  PLIC-SBD | 2,137.98- |
|      | CCD | |
|      | PACT#226689653 | |
| 3/26 | Wire Transfer Debit | 58,295.47- |
|      | Epiq Corporate Restructuring L | |
|      | 043000096 | |
|      | ████2437 | |
|      | 777 Third Ave | |
|      | 12th Floor | |
|      | New York, NY 10017 | |
|      | PNC BANK, NA | |
|      | 225 Fifth Ave | |
|      | Pittsburgh, PA 15222 | |
|      | INV 90834680 PD IN FULL | |
|      | 20240326MMQFMPBS000015 | |
|      | 20240326MMQFMPNB003167 | |
|      | 03261055FT01 | |
| 3/27 | WEB PMTS    Hallmark Develop | 7,468.03- |
|      | CCD | |
|      | GKKYP9 | |
| 3/28 | Wire Transfer Debit | 13,401.11- |
|      | Paylocity Tax | |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                    Date  3/29/24       Page    6
                                    Primary Account  Acct Ending 1640
                                    Enclosures                  17
```

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762


Full Analysis CML Checking       Acct Ending 1640  (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 211871691 | |
| | ■8244 | |
| | 1400 American Lane | |
| | Schaumburg, IL 60173 | |
| | BERKSHIRE BANK | |
| | 99 North St | |
| | Pittsfield, MA 01201 | |
| | CSNT - 181935  03.29.24 Payrol | |
| | 20240328MMQFMPBS000129 | |
| | 20240328MMQFMPXE000705 | |
| | 03281613FT01 | |
| 3/28 | Wire Transfer Debit | 41,579.71- |
| | Paylocity Payroll | |
| | 042000314 | |
| | ■1106 | |
| | 1400 American Lane | |
| | Schaumburg, IL 60173 | |
| | FIFTH THIRD BANK, | |
| | 38 Fountain Sq Plz | |
| | Cincinnati, OH 45263-0001 | |
| | CSNT - 181935  March 29 2024 P | |
| | l | |
| | 20240328MMQFMPBS000128 | |
| | 20240328D2B74A1C006501 | |
| | 03281612FT01 | |

## SUMMARY BY CHECK NUMBER

| Date | Check | Amount | Date | Check | Amount |
|------|-------|--------|------|-------|--------|
| 3/21 | 21012 | 120.38 | 3/04 | 21026* | 69.52 |

* Indicates Break in Check Order Sequence



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                    Date  3/29/24        Page     7
                                    Primary Account  Acct Ending 1640
                                    Enclosures                    17
```

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking        Acct Ending 1640   (Continued)

## SUMMARY BY CHECK NUMBER

| Date | Check | Amount | Date | Check | Amount |
|------|-------|--------|------|-------|--------|
| 3/04 | 21029* | 198.00 | 3/20 | 21037 | 175.00 |
| 3/01 | 21032* | 46.00 | 3/27 | 21038 | 256.86 |
| 3/08 | 21033 | 220.48 | 3/26 | 21039 | 107.74 |
| 3/07 | 21034 | 299.75 | 3/19 | 21040 | 1,529.48 |
| 3/13 | 21035 | 69.52 | 3/25 | 21041 | 275.63 |
| 3/07 | 21036 | 100.00 | 3/26 | 21042 | 188.20 |

* Indicates Break in Check Order Sequence

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 3,131,582.80 | 3/13 | 2,972,094.41 | 3/26 | 2,852,409.04 |
| 3/04 | 3,129,185.28 | 3/19 | 2,967,722.11 | 3/27 | 2,844,684.15 |
| 3/05 | 3,126,352.75 | 3/20 | 2,956,090.33 | 3/28 | 2,789,703.33 |
| 3/07 | 3,054,603.00 | 3/21 | 2,955,969.95 | 3/29 | 2,790,786.22 |
| 3/08 | 3,054,382.52 | 3/22 | 2,882,483.94 | | |
| 3/12 | 2,970,133.47 | 3/25 | 2,880,070.33 | | |

Monitor your online transactions regularly and immediately report suspicious
charges to the Bank at (866) 530-2265 or reportfraud@americanmomentum.bank.



Remote Deposit                                    Credit

The Center for Special Needs Trust Ad          Date:      3/13/2024
SNT Operating 1640                              Items:     1
4912 Creekside Drive                            Amount:    $2,030.46
Clearwater, FL 33760                            Batch ID:  2038313 7762
7270944409                                      Account ID: 29822 84684
                                                Acct Num:  1640

Remote Deposit   Date: 03/13   Amount: $2,030.46        Remote Deposit   Date: 03/13   Amount: $2,030.46

Remote Deposit                                    Credit

The Center for Special Needs Trust Ad          Date:      3/26/2024
SNT Operating 1640                              Items:     1
4912 Creekside Drive                            Amount:    $2,030.46
Clearwater, FL 33760                            Batch ID:  2046433 0862
7270944409                                      Account ID: 29822 84684
                                                Acct Num:  1640

Remote Deposit   Date: 03/26   Amount: $2,030.46        Remote Deposit   Date: 03/26   Amount: $2,030.46

Remote Deposit                                    Credit

The Center for Special Needs Trust Ad          Date:      3/26/2024
SNT Operating 1640                              Items:     1
4912 Creekside Drive                            Amount:    $28,899.66
Clearwater, FL 33760                            Batch ID:  2046433 0998
7270944409                                      Account ID: 29822 84684
                                                Acct Num:  1640

Remote Deposit   Date: 03/26   Amount: $28,899.66        Remote Deposit   Date: 03/26   Amount: $28,899.66

Center for Special Needs Trust          AMERICAN MOMENTUM BANK        21012
Administration, Inc                     4830 W. KENNEDY BLVD., SUITE 200
PO BOX 17296                            TAMPA, FL 33609
Clearwater, FL 33762
(727) 894-4489                                          02/09/2024
PAY TO THE
ORDER OF   David Fitch                                  $*********120.38

****ONE HUNDRED TWENTY AND 38/100 US DOLLARS

David Fitch
18660 Clifton Rd
Anoka, MN  55303

MEMO   MILLER, KATHLEEN - 2023                          AUTHORIZED SIGNATURE

Check       21012   Date: 03/21   Amount: $120.38        Check       21012   Date: 03/21   Amount: $120.38

Center for Special Needs Trust          AMERICAN MOMENTUM BANK        21026
Administration, Inc                     4830 W. KENNEDY BLVD., SUITE 200
PO BOX 17296                            TAMPA, FL 33609
Clearwater, FL 33762
(727) 894-4489                                          01/16/2024
PAY TO THE
ORDER OF   TASC                                         $*********69.52

****SIXTY NINE AND 52/100 US DOLLARS

TASC
PO BOX 88278
Milwaukee, WI  53288

MEMO   IN3001811                                        AUTHORIZED SIGNATURE

Check       21026   Date: 03/04   Amount: $69.52        Check       21026   Date: 03/04   Amount: $69.52

Center for Special Needs Trust          AMERICAN MOMENTUM BANK        21029
Administration, Inc                     4830 W. KENNEDY BLVD., SUITE 200
PO BOX 17296                            TAMPA, FL 33609
Clearwater, FL 33762
(727) 894-4489                                          02/22/2024
PAY TO THE
ORDER OF   MyLLC.com, Inc                               $*********198.00

****ONE HUNDRED NINETY EIGHT AND 0/100 US DOLLARS

MyLLC.com, Inc
PO Box 94438
Las Vegas, NV  89193-4438

MEMO   INV 3447243 (GA, WA)                             AUTHORIZED SIGNATURE

For Deposit Only - JPMC

Check       21029   Date: 03/04   Amount: $198.00        Check       21029   Date: 03/04   Amount: $198.00



Check        21032    Date: 03/01    Amount: $46.00

Check        21033    Date: 03/08    Amount: $220.48

Check        21034    Date: 03/07    Amount: $299.75

Check        21035    Date: 03/13    Amount: $69.52

Check        21036    Date: 03/07    Amount: $100.00

Check        21037    Date: 03/20    Amount: $175.00



Check        21038    Date: 03/27    Amount: $256.86

Check        21039    Date: 03/26    Amount: $107.74

Check        21040    Date: 03/19    Amount: $1,529.48

Check        21041    Date: 03/25    Amount: $275.63

Check        21042    Date: 03/26    Amount: $188.20

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

### Reconciliation of Account

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any Maintenance Fee or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | Enter bank balance from statement | | |
| | | Add deposits not credited by bank (if any) | | |
| | | **TOTAL** | | |
| outstanding checks. ATM. checkcard and other electronic withdrawals | | Subtract outstanding checks. ATM. checkcard and other electronic withdrawals | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➡

When you opened your account, you received bank deposit agreements (disclosures) and fee schedule. You agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account. including all deposits and withdrawals. You may obtain additional copies of the disclosures and fee schedule, which contain the current version of the terms and conditions of your account at any of our banking centers or writing to us at the address provided on the front of this statement.
To change your contact information such as address, phone number or e-mail address, please call 866-530-2265 or write to us on the address provided on the front of this statement.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 866-530-2265 or Write us at 4830 W. Kennedy Blvd.. Suite 200, Tampa, FL 33609 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IN CASE OF ERROR OR QUESTIONS ABOUT ELECTRONIC TRANSFERS FOR CONSUMERS

In case of errors or questions about your electronic transfers, (e.g., ATM, point-of-sale. direct deposits or withdrawal transactions) please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please provide us with your name and account number, describe the transaction you are unsure about (date/place/type, amount), and explain your concern.
We will investigate and correct any error promptly. For consumer accounts used primarily for personal, family or household purposes, we will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. For errors involving new accounts, point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa® POS) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. For new accounts, we may take up to 20 business days (5 business days for Visa® POS) to credit your account for the amount you think is in error. If we request you put your complaint in writing and we do not receive it within 10 business days, we may not credit your account. For other accounts, we investigate, and we find we have made an error, we will credit your account at the conclusion of our investigation.

### YOUR DUTY TO REPORT OTHER ERRORS

You must examine your statement of account with "reasonable promptness". You are in the best position to discover errors and unauthorized transactions to your account. If you fail to notify us in writing at the address provided on this statement of suspected problems or unauthorized transactions within the time periods specified in your deposit account terms and conditions agreements (which periods are no more than 60 days after we make the statement available to you in some cases are 30 days or less), we are not liable to you for and you agree not to make a claim against us for the problems or unauthorized transactions.



**AMERICAN MOMENTUM BANK**

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                    Date  4/30/24        Page    1
                                    Primary Account  Acct Ending 1640
                                    Enclosures                  31

    The Center for Special Needs Trust
    P O Box 17296
    Clearwater FL 33762
```

American Momentum Bank will never ask you for your online banking password or
secure access code. We'll also never ask you to transfer money to yourself as a way
to resolve fraud. Questions? Contact Customer Care at (866) 530-2265.

## CHECKING ACCOUNTS

```
Account Title          The Center for Special Needs Trust
```

| Full Analysis CML Checking | | Number of Enclosures | 31 |
|---|---|---|---|
| Account Number | Acct Ending 1640 | Statement Dates  4/01/24 thru  4/30/24 | |
| Previous Balancing | 2,790,786.22 | Number of Days in this Statement | 30 |
| 3 Deposits | 3,433.20 | Average Ledger | 2,634,471.07 |
| 53 Checks/Debits | 273,874.67 | Average Collected | 2,634,410.89 |
| Service Charges | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 2,520,344.75 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/18 | TAX COL    PAYLOCITY CORPOR<br>CCD | 488.89 |
| 4/30 | Interest Transfer Credit<br>Acct No. Acct Ending 1404-D | 913.85 |
| 4/30 | Remote Deposit | 2,030.46 |

### DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 4/01 | Bill.com  Puzzle HR<br>CCD<br>016ASLALP3AK27B | 4,585.00- |
| 4/02 | PAYMENT    AMTRUST NA<br>CCD | 92.65- |



# AMERICAN MOMENTUM BANK
4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

Date  4/30/24          Page      2
Primary Account  Acct Ending 1640
Enclosures                    31

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking       Acct Ending 1640   (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 37739305 | |
| 4/02 | PURCHASE    ClientsFirstBusi | 2,130.00- |
| | CCD | |
| | 114822351 | |
| 4/02 | ACH PULLS  MID ATLANTIC TR | 2,814.74- |
| | CCD | |
| | CENTSPND | |
| 4/05 | Wire Transfer Debit | 1,031.34- |
| | Paylocity Tax | |
| | 211871691 | |
| | ▇8244 | |
| | 1400 American Lane | |
| | Schaumburg, IL 60173 | |
| | BERKSHIRE BANK | |
| | 99 North St | |
| | Pittsfield, MA 01201 | |
| | CSNT - 181935 4/8/24 Check Dat | |
| | 20240405MMQFMPBS000035 | |
| | 20240405MMQFMPXE000212 | |
| | 04051206FT01 | |
| 4/05 | Wire Transfer Debit | 2,839.36- |
| | Paylocity Payroll | |
| | 042000314 | |
| | ▇1106 | |
| | 1400 American Lane | |
| | Schaumburg, IL 60173 | |
| | FIFTH THIRD BANK, | |
| | 38 Fountain Sq Plz | |



## AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

---

*Customer Security Awareness*

---

```
                                     Date   4/30/24        Page      3
                                     Primary Account   Acct Ending 1640
                                     Enclosures                     31
```

```
        The Center for Special Needs Trust
        P O Box 17296
        Clearwater FL 33762
```

Full Analysis CML Checking        Acct Ending 1640   (Continued)

| | DEBITS AND OTHER WITHDRAWALS | |
|---|---|---|
| Date | Description | Amount |
| | Cincinnati, OH 45263-0001 | |
| | CSNT - 181935 4/8/24 Check Dat | |
| | 20240405MMQFMPBS000034 | |
| | 20240405D2B74A1C002721 | |
| | 04051206FT01 | |
| 4/09 | Wire Transfer Debit | 2,350.00- |
| | Fiduciary Tax   Acctg Svcs LLC | |
| | 121000248 | |
| | ███████8458 | |
| | 737 Main Street | |
| | Safety Harbor, FL 34695 | |
| | WELLS FARGO BANK, | |
| | 1137 W 68TH ST | |
| | HIALEAH, FL 33014 | |
| | Inv# 1141 WIRE 1 of 2  PD IN F | |
| | 20240409MMQFMPBS000074 | |
| | 20240409I1B7032R016273 | |
| | 04091557FT01 | |
| 4/09 | PAYMENT    AMTRUST NA | 5.82- |
| | CCD | |
| | 37775997 | |
| 4/10 | Wire Transfer Debit | 12,076.92- |
| | Paylocity Tax | |
| | 211871691 | |
| | ███████8244 | |
| | 1400 American Lane | |
| | Schaumburg, IL 60173 | |
| | BERKSHIRE BANK | |
| | 99 North St | |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

| | |
|---|---|
| Date  4/30/24 | Page    4 |
| Primary Account  Acct Ending 1640 | |
| Enclosures | 31 |

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking       Acct Ending 1640  (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | Pittsfield, MA 01201 | |
| | CSNT 181935 4/12/24 Check Date | |
| | oll Tax | |
| | 20240410MMQFMPBS000063 | |
| | 20240410MMQFMPXE000324 | |
| | 04101531FT01 | |
| 4/10 | Wire Transfer Debit | 37,679.14- |
| | Paylocity Payroll | |
| | 042000314 | |
| | ▇▇▇▇1106 | |
| | 1400 American Lane | |
| | Schaumburg, IL 60173 | |
| | FIFTH THIRD BANK, | |
| | 38 Fountain Sq Plz | |
| | Cincinnati, OH 45263-0001 | |
| | CSNT 181935 4/12/24 Check Date | |
| | oll | |
| | 20240410MMQFMPBS000064 | |
| | 20240410D2B74A1C004540 | |
| | 04101532FT01 | |
| 4/10 | EDI PAYMTS UNITED HEALTHCAR | 20,650.67- |
| | CTX | |
| | ISA*00*       *00* | |
| | *ZZ*1411289245    *ZZ*BNYMEL | |
| | LON    *240408*1523*U*00401* | |
| 4/11 | PURCHASE   ClientsFirstBusi | 6,867.33- |
| | CCD | |
| | 115204129 | |
| 4/11 | ONLINE PMT 1ST BANKCARD CTR | 32,051.82- |
| | CCD | |



## AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

| | |
|---|---|
| Date  4/30/24 | Page    5 |
| Primary Account  Acct Ending 1640 | |
| Enclosures | 31 |

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking       Acct Ending 1640   (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | CC0009030874 | |
| 4/15 | Wire Transfer Debit | 49,085.90- |
| | Nperspective Advisory Services | |
| | 042000314 | |
| | ████5719 | |
| | 941 W. Morse BLVD | |
| | Suite 100 | |
| | Winter Park, FL 32789 | |
| | FIFTH THIRD BANK, | |
| | 38 Fountain Sq Plz | |
| | Cincinnati, OH 45263-0001 | |
| | INV 800 PD IN FULL | |
| | 20240415MMQFMPBS000041 | |
| | 20240415D2B74A1C003367 | |
| | 04151317FT01 | |
| 4/16 | PAYMENT   AMTRUST NA | 85.25- |
| | CCD | |
| | 37815807 | |
| 4/16 | ACH PULLS  MID ATLANTIC TR | 2,816.83- |
| | CCD | |
| | CENTSPND | |
| 4/18 | INSUR CLM  PLIC-SBD | 2,413.90- |
| | CCD | |
| | PACT#227930427 | |
| 4/19 | BILLING   181935 CENTER FO | 656.00- |
| | CCD | |
| | 181935 | |
| 4/19 | INS. PREM. COLONIAL LIFE | 2,161.95- |
| | CCD | |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                      Date  4/30/24        Page    6
                                      Primary Account  Acct Ending 1640
                                      Enclosures                   31
```

```
        The Center for Special Needs Trust
        P O Box 17296
        Clearwater FL 33762
```

Full Analysis CML Checking        Acct Ending 1640   (Continued)

| DEBITS AND OTHER WITHDRAWALS | | |
|---|---|---|
| Date | Description | Amount |
| | E5814215 | |
| 4/23 | Wire Transfer Debit | 12,117.08- |
| | Paylocity Tax | |
| | 211871691 | |
| | ▇8244 | |
| | 1400 American Lane | |
| | Schaumburg, IL 60173 | |
| | BERKSHIRE BANK | |
| | 99 North St | |
| | Pittsfield, MA 01201 | |
| | CSNT 181935  Payroll Tax 4/26/ | |
| | eck Date | |
| | 20240423MMQFMPBS000081 | |
| | 20240423MMQFMPXE000256 | |
| | 04231622FT01 | |
| 4/23 | Wire Transfer Debit | 37,821.50- |
| | Paylocity Payroll | |
| | 042000314 | |
| | ▇1106 | |
| | 1400 American Lane | |
| | Schaumburg, IL 60173 | |
| | FIFTH THIRD BANK, | |
| | 38 Fountain Sq Plz | |
| | Cincinnati, OH 45263-0001 | |
| | CSNT 181935  Payroll 4/26/24 C | |
| | Date | |
| | 20240423MMQFMPBS000082 | |
| | 20240423D2B74A1C004223 | |
| | 04231623FT01 | |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

Date  4/30/24         Page     7
Primary Account   Acct Ending 1640
Enclosures                      31

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking      Acct Ending 1640  (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 4/30 | INS. PREM. COLONIAL LIFE CCD E5814215 | 864.78- |
| 4/30 | ACH PULLS  MID ATLANTIC TR CCD CENTSPND | 2,820.58- |

## SUMMARY BY CHECK NUMBER

| Date | Check | Amount | Date | Check | Amount |
|------|-------|--------|------|-------|--------|
| 4/04 | 21043 | 421.54 | 4/09 | 21058 | 394.28 |
| 4/04 | 21044 | 429.76 | 4/12 | 21059 | 107.74 |
| 4/04 | 21045 | 393.65 | 4/09 | 21060 | 10,500.00 |
| 4/04 | 21046 | 214.16 | 4/09 | 21061 | 303.08 |
| 4/05 | 21047 | 756.25 | 4/09 | 21062 | 100.00 |
| 4/04 | 21048 | 378.83 | 4/22 | 21063 | 60.00 |
| 4/09 | 21049 | 21.33 | 4/18 | 21064 | 101.01 |
| 4/03 | 21050 | 1,402.41 | 4/18 | 21065 | 146.57 |
| 4/05 | 21051 | 8,284.43 | 4/18 | 21066 | 101.01 |
| 4/10 | 21052 | 341.81 | 4/22 | 21067 | 188.20 |
| 4/08 | 21053 | 177.10 | 4/24 | 21068 | 214.16 |
| 4/03 | 21054 | 400.00 | 4/23 | 21069 | 378.83 |
| 4/16 | 21055 | 624.00 | 4/29 | 21070 | 1,320.00 |
| 4/10 | 21056 | 69.52 | 4/23 | 21071 | 1,402.41 |
| 4/08 | 21057 | 339.60 | 4/23 | 21072 | 8,284.43 |

* Indicates Break in Check Order Sequence

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 2,786,201.22 | 4/03 | 2,779,361.42 | 4/05 | 2,764,612.10 |
| 4/02 | 2,781,163.83 | 4/04 | 2,777,523.48 | 4/08 | 2,764,095.40 |



**AMERICAN MOMENTUM BANK**

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                        Date   4/30/24       Page      8
                                        Primary Account   Acct Ending 1640
                                        Enclosures                     31
```

```
        The Center for Special Needs Trust
        P O Box 17296
        Clearwater FL 33762
```

```
    Full Analysis CML Checking       Acct Ending 1640   (Continued)
```

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/09 | 2,750,420.89 | 4/16 | 2,587,963.96 | 4/24 | 2,522,405.80 |
| 4/10 | 2,679,602.83 | 4/18 | 2,585,690.36 | 4/29 | 2,521,085.80 |
| 4/11 | 2,640,683.68 | 4/19 | 2,582,872.41 | 4/30 | 2,520,344.75 |
| 4/12 | 2,640,575.94 | 4/22 | 2,582,624.21 | | |
| 4/15 | 2,591,490.04 | 4/23 | 2,522,619.96 | | |

Monitor your online transactions regularly and immediately report suspicious
charges to the Bank at (866) 530-2265 or reportfraud@americanmomentum.bank.



**Remote Deposit**                                                        **Credit**

The Center for Special Needs Trust Ad
SNT Operating  1640
4912 Creekside Drive
Clearwater, FL 33760
7270944409

Date:       4/30/2024
Items:      1
Amount:    $2,030.46
Batch ID:  20753092946
Account ID: 23822 84684
Acct Num:        1640

**Credit**

Remote Deposit   Date: 04/30   Amount: $2,030.46

21043

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

03/26/2024

PAY TO THE
ORDER OF   FedEx                                        $*********421.54

****FOUR HUNDRED TWENTY ONE AND 54/100 US DOLLARS

FedEx
PO Box 660481
Dallas, TX  75266-0481

MEMO   INV 8-435-11599

AUTHORIZED SIGNATURE

BNYMELLON
CRED TO PAYEE
ABS END GUAR

Check      21043   Date: 04/04   Amount: $421.54

Check      21043   Date: 04/04   Amount: $421.54

21044

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

03/26/2024

PAY TO THE
ORDER OF   FedEx                                        $*********429.76

****FOUR HUNDRED TWENTY NINE AND 76/100 US DOLLARS

FedEx
PO Box 660481
Dallas, TX  75266-0481

MEMO   INV 8-442-82656

AUTHORIZED SIGNATURE

BNYMELLON
CRED TO PAYEE
ABS END GUAR

Check      21044   Date: 04/04   Amount: $429.76

Check      21044   Date: 04/04   Amount: $429.76

21045

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

03/26/2024

PAY TO THE
ORDER OF   FedEx                                        $*********393.65

****THREE HUNDRED NINETY THREE AND 65/100 US DOLLARS

FedEx
PO Box 660481
Dallas, TX  75266-0481

MEMO   INV 8-406-80020

AUTHORIZED SIGNATURE

BNYMELLON
CRED TO PAYEE
ABS END GUAR

Check      21045   Date: 04/04   Amount: $393.65

Check      21045   Date: 04/04   Amount: $393.65

21046

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

03/26/2024

PAY TO THE
ORDER OF   Charter Communications                       $*********214.16

****TWO HUNDRED FOURTEEN AND 16/100 US DOLLARS

Charter Communications
PO BOX 7186
Pasadena, CA  91109-7186

MEMO   INV 1443477030524

AUTHORIZED SIGNATURE

BNYMELLON
CRED TO PAYEE
ABS END GUAR
dyn 000

Check      21046   Date: 04/04   Amount: $214.16

Check      21046   Date: 04/04   Amount: $214.16

21047

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

03/28/2024

PAY TO THE
ORDER OF   Clients First Business Solutions, LLC         $*********756.25

****SEVEN HUNDRED FIFTY SIX AND 25/100 US DOLLARS

Clients First Business Solutions, LLC
670 North Beers Street
Building 4, Second Floor
Holmdel, NJ  07733

MEMO   INV 2055222

AUTHORIZED SIGNATURE

For Deposit Only - JPMC

Check      21047   Date: 04/05   Amount: $756.25

Check      21047   Date: 04/05   Amount: $756.25



Check        21048    Date: 04/04    Amount: $378.83

Check        21048    Date: 04/04    Amount: $378.83

Check        21049    Date: 04/09    Amount: $21.33

Check        21049    Date: 04/09    Amount: $21.33

Check        21050    Date: 04/03    Amount: $1,402.41

Check        21050    Date: 04/03    Amount: $1,402.41

Check        21051    Date: 04/05    Amount: $8,284.43

Check        21051    Date: 04/05    Amount: $8,284.43

Check        21052    Date: 04/10    Amount: $341.81

Check        21052    Date: 04/10    Amount: $341.81

Check        21053    Date: 04/08    Amount: $177.10

Check        21053    Date: 04/08    Amount: $177.10



Check       21054    Date: 04/03    Amount: $400.00

Check       21055    Date: 04/16    Amount: $624.00

Check       21056    Date: 04/10    Amount: $69.52

Check       21057    Date: 04/08    Amount: $339.60

Check       21058    Date: 04/09    Amount: $394.28

Check       21059    Date: 04/12    Amount: $107.74



Check        21060    Date: 04/09    Amount: $10,500.00        Check        21060    Date: 04/09    Amount: $10,500.00

Check        21061    Date: 04/09    Amount: $303.08        Check        21061    Date: 04/09    Amount: $303.08

Check        21062    Date: 04/09    Amount: $100.00        Check        21062    Date: 04/09    Amount: $100.00

Check        21063    Date: 04/22    Amount: $60.00        Check        21063    Date: 04/22    Amount: $60.00

Check        21064    Date: 04/18    Amount: $101.01        Check        21064    Date: 04/18    Amount: $101.01

Check        21065    Date: 04/18    Amount: $146.57        Check        21065    Date: 04/18    Amount: $146.57



Check    21066    Date: 04/18    Amount: $101.01

Check    21066    Date: 04/18    Amount: $101.01

Check    21067    Date: 04/22    Amount: $188.20

Check    21067    Date: 04/22    Amount: $188.20

Check    21068    Date: 04/24    Amount: $214.16

Check    21068    Date: 04/24    Amount: $214.16

Check    21069    Date: 04/23    Amount: $378.83

Check    21069    Date: 04/23    Amount: $378.83

Check    21070    Date: 04/29    Amount: $1,320.00

Check    21070    Date: 04/29    Amount: $1,320.00

Check    21071    Date: 04/23    Amount: $1,402.41

Check    21071    Date: 04/23    Amount: $1,402.41



Check    21072    Date: 04/23    Amount: $8,284.43

Check    21072    Date: 04/23    Amount: $8,284.43

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

### Reconciliation of Account

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any Maintenance Fee or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| **TOTAL** | | |
| Subtract outstanding checks, ATM, checkcard and other electronic withdrawals | | |

outstanding checks, ATM, checkcard and other electronic withdrawals

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➡

When you opened your account, you received bank deposit agreements (disclosures) and fee schedule. You agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. You may obtain additional copies of the disclosures and fee schedule, which contain the current version of the terms and conditions of your account at any of our banking centers or writing to us at the address provided on the front of this statement.

To change your contact information such as address, phone number or e-mail address, please call 866-530-2265 or write to us on the address provided on the front of this statement.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 866-530-2265 or Write us at 4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IN CASE OF ERROR OR QUESTIONS ABOUT ELECTRONIC TRANSFERS FOR CONSUMERS

In case of errors or questions about your electronic transfers, (e.g., ATM, point-of-sale, direct deposits or withdrawal transactions) please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please provide us with your name and account number, describe the transaction you are unsure about (date/place/type, amount), and explain your concern.
We will investigate and correct any error promptly. For consumer accounts used primarily for personal, family or household purposes, we will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. For errors involving new accounts, point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa® POS) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. For new accounts, we may take up to 20 business days (5 business days for Visa® POS) to credit your account for the amount you think is in error. If we request you put your complaint in writing and we do not receive it within 10 business days, we may not credit your account. For other accounts, we investigate, and we find we have made an error, we will credit your account at the conclusion of our investigation.

### YOUR DUTY TO REPORT OTHER ERRORS

You must examine your statement of account with "reasonable promptness". You are in the best position to discover errors and unauthorized transactions to your account. If you fail to notify us in writing at the address provided on this statement of suspected problems or unauthorized transactions within the time periods specified in your deposit account terms and conditions agreements (which periods are no more than 60 days after we make the statement available to you in some cases are 30 days or less), we are not liable to you for and you agree not to make a claim against us for the problems or unauthorized transactions.