UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

www.flmb.uscourts.gov

In re:

THE CENTER FOR SPECIAL NEEDS            Case No.: 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,             Chapter 11

    Debtor.
_____/

MICHAEL GOLDBERG, as Chapter 11 Trustee,    Adv. Proc. No.: 8:24-ap-00343-RCT
of the estate of Debtor, The Center for Special
Needs Trust Administration, Inc.

    Plaintiff,

v.

FIDUCIARY TAX AND ACCOUNTING
SERVICES, LLC a Florida limited liability
company

    Defendant.
_____/

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR
DEFENDANT FIDUCIARY TAX & ACCOUNTING SERVICES, LLC**

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons U.S. Courthouse, 801 N Florida Ave, Suite 555, Tampa, FL 33602 and, if the moving party is not represented by an attorney, mail a copy to the moving party at Edward J. Peterson III, Johnson Pope Bokor Ruppel & Burns, 400 N. Ashley Drive, Suite 3100, Tampa, FL 33602 within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Edward J. Peterson III, Esq. of Johnson Pope Bokor Ruppel & Burns ("**Johnson Pope**") moves the Court for permission to withdraw as counsel of record for Defendant Fiduciary Tax & Accounting Services, LLC, and in support states as follows:

1. Johnson Pope is counsel of record for Fiduciary Tax & Accounting Services, LLC in this matter.

2. Johnson Pope seeks to withdraw as counsel of record Fiduciary Tax & Accounting Services, LLC as irreconcilable differences have arisen between Johnson Pope and Fiduciary Tax & Accounting Services, LLC.

3. As of the date of this motion, Johnson Pope has not been advised as to whether Fiduciary Tax & Accounting Services, LLC will be retaining substitute counsel.

4.     Further correspondence should be addressed to: Fiduciary Tax & Accounting Services, LLC, c/o John Witeck, Registered Agent, 737 Main Street, Suite 201, Safety Harbor, FL 34695.

5.     Pursuant to Local Rule 2091-2, a copy of this Motion to Withdraw as Counsel for Defendant Fiduciary Tax & Accounting Services, LLC (the "**Motion**") will be served on the last known address for Fiduciary Tax & Accounting Services, LLC, c/o John Witeck, Registered Agent, 737 Main Street, Suite 201, Safety Harbor, FL 34695, and Plaintiff Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor The Center for Special Needs Trust Administration, Inc., c/o Steven R. Wirth, Esq., Akerman LLP, 401 East Jackson Street, Suite 1700, Tampa, Florida 33602.

6.     Johnson Pope requests that all current deadlines and hearings be continued for sixty (60) days for Fiduciary Tax & Accounting Services, LLC to secure replacement counsel.

7.     This Motion is not filed for any improper purposes or to delay this action.

**WHEREFORE**, Johnson Pope requests that this Court: 1) permit it to withdraw as counsel of record for Fiduciary Tax & Accounting Services, LLC in this action; 2) relieve Johnson Pope from any further responsibilities in this matter; 3) allow Fiduciary Tax & Accounting Services, LLC additional time to obtain new counsel; 4) extend all current deadlines and continue all hearings for a period of sixty (60) days to allow for replacement counsel; and 5) award such other relief the Court deems appropriate under the circumstances.

Dated: February 26, 2025

*/s/ Edward J. Peterson III*
Edward J. Peterson III (FBN: 014612)
edwardp@jpfirm.com
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, Florida 33602
Tel: (813) 225-2500
Counsel for Defendant Fiduciary Tax & Accounting Services, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2025, a true and correct copy of the foregoing has been served via CM/ECF on all CM/ECF registered participants and by U.S. First Class Mail to: Fiduciary Tax & Accounting Services, LLC, c/o John Witeck, Registered Agent, 737 Main Street, Suite 201, Safety Harbor, FL 34695.

                                                */s/ Edward J. Peterson III*
                                                Edward J. Peterson, III