ORDERED.

Dated: March 03, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-676-RCT |
| Debtor. | |
| _____/ | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee of the Estate of Debtor, THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | |
| Plaintiff, | |
| v. | Case No. 8:24-ap-343-RCT |
| FIDUCIARY TAX & ACCOUNTING SERVICES, LLC, a Florida limited liability company, | |
| Defendant. | |
| _____/ | |

**AGREED ORDER GRANTING MOTION TO EXTEND DEADLINE
SET FORTH IN THE ORDER SETTING DEADLINE FOR
<u>FILING RESPONSE TO MOTION FOR SUMMARY JUDGMENT</u>**

THIS CASE came before the Court without a hearing for consideration of the *Motion to Extend Deadline Set Forth in the Order Setting Deadline for Filing Response to Motion for Summary Judgment* (Doc. No. 15) (the "Motion") and *Plaintiff's Objection to Defendant's Motion*

*to Extend Deadline Set Forth in the Order Setting Deadline for Filing Response to Motion for Summary Judgment* (the "Objection") (Doc. No. 16).  By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.  The Court, having considered the Motion and reviewed the record, finds that the Motion should be granted.  Accordingly, it is

      **ORDERED** that:

      1.    The Motion is granted in part and the Objection is sustained in part on the terms and conditions set forth herein.

      2.    The deadline for responding to the Motion for Summary Judgment shall be extended for twenty-one (21) days, through and including March 24, 2025.

*Attorney Edward J. Peterson is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) business days of entry of this Order.*

*Prepared by: Edward J. Peterson, Esq.*