ORDERED.

Dated: March 25, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

THE CENTER FOR SPECIAL NEEDS  　　　　　　　　Case No.: 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,  　　　　　　　　　Chapter 11

　　Debtor.
_____/

MICHAEL GOLDBERG, as Chapter 11 Trustee,  　　Adv. Proc. No.: 8:24-ap-00343-RCT
of the estate of Debtor, The Center for Special
Needs Trust Administration, Inc.

　　Plaintiff,

v.

FIDUCIARY TAX & ACCOUNTING SERVICES,
LLC a Florida limited liability company

　　Defendant.
_____/

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR DEFENDANT FIDUCIARY TAX & ACCOUNTING SERVICES LLC**
(Doc. No. 14)

THIS MATTER came before the Court upon the Motion for Leave to Withdraw as Counsel

for Defendant Fiduciary Tax & Accounting Services, LLC ("**Motion**")[1] filed by Edward J.

---

[1] Capitalized terns not otherwise defined herein shall have the same meaning and definition ascribed to them in the Motion.

Peterson III, Esq. and Johnson Pope Bokor Ruppel & Burns ("**Johnson Pope**"). The Motion was served upon all interested parties and included the Local Rule 2002-4 negative-notice legend informing the parties of their opportunity to respond within fourteen (14) days of service, plus an additional three (3) days for service if any party was served by U.S. Mail. No party filed a response within the time permitted and the Court deems the matter to be unopposed. The Court having reviewed the Motion and the record, finds that it is appropriate to grant the Motion. Accordingly, it is

**ORDERED**:

1. The Motion (Doc. No. 14) is granted.

2. Johnson Pope is relieved of any further responsibilities in this matter.

3. Unless and until Fiduciary Tax & Accounting Services, LLC retain new counsel and said counsel formally appears in the case, all further correspondence and pleadings shall be addressed to Fiduciary Tax & Accounting Services, LLC as follows:

> Fiduciary Tax & Accounting Services, LLC
> John Witeck, Registered Agent
> 737 Main Street, Suite 201
> Safety Harbor, FL 34695

Attorney Edward J. Peterson III is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.