ORDERED.

Dated: May 12, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>The Center for Special Needs Trust Administration,<br>    Debtor.<br>_____ | Case No. 8:24-bk-00676-RCT<br><br>Chapter 11 |
| Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration,<br>    Plaintiff,<br>v.<br>Fiduciary Tax & Accounting Services, LLC,<br>    Defendant.<br>_____/ | Adv. Pro. 8:24-ap-00343-RCT |

## FINAL JUDGMENT

As described in the Order Granting Plaintiff's Motion for Summary Judgment, this Court enters this Final Judgment. Accordingly, it is **ORDERED, ADJUDGED AND DECREED:**

(1) Judgment is hereby entered in favor of Plaintiff Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, and against Defendant Fiduciary Tax & Accounting Services, LLC on Counts I and II of the adversary complaint.

(1) As to Count I, the Court avoids Debtor's three post-petition transfers to FTAS totaling $117,200: (1) a March 7, 2024, payment of $71,350; (2) a March 22, 2024, payment of $43,500; and (3) an April 9, 2024, payment of $2,350.

(2) As to Count II, the Court finds that the Trustee may recover those funds, totaling $117,200, from FTAS

(3) This Court does not retain jurisdiction to issue post-judgment enforcement orders or writs. Enforcement of this judgment shall be through the appropriate state court.

Clerk's Office to serve.